THE COUNTY TRUST COMPANY, Respondent, *v.* LEWIS G. YOUNG et al., Appellants.

Argued January 22, 1942; decided March 5, 1942.

*Bern Budd* and *Frederick F. Hufnagel* for Edith J. Young, appellant.

*Leo E. Sherman, Frank J. Nardozzi, Joseph R. Reitano, Peter F. Blasi* and *Reynolds Drews* for Lewis G. Young et al., appellants.

*Monroe J. Cahn* for respondent.

Judgment of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division to the appellants payable out of the trust estate. (See *Smith* v. *Title Guarantee & Trust Co.*, 287 N. Y. 500, decided herewith.) No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.